# UNITED STATES DISTRICT COURT

Middle District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) (For **Revocation** of Probation or Supervised Release) |
| DEMARCUS JOHNSON | ) |
| | ) Case No.  3 19-cr-00129-1 |
| | ) USM No  72473-019 |
| | ) William Conway |
| | ) Defendant's Attorney |

## THE DEFENDANT:

☑ admitted guilt to violation of condition(s) ___1, 2 and 3___ of the term of supervision

☐ was found in violation of condition(s) count(s) _____ after denial of guilt

The defendant is adjudicated guilty of these violations.

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Commission of state crime | 02/15/2024 |
| 2 | Failure to receive permission to travel outside of the Middle District of Tennessee | 11/10/2023 |
| 3 | Failure to pay restitution | 07/23/2026 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances

Last Four Digits of Defendant's Soc  Sec. No   3180

Defendant's Year of Birth   1979

City and State of Defendant's Residence
Atlanta, Georgia

07/23/2026
Date of Imposition of Judgment

*Eli Richardson*
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

July 31, 2026
Date

Judgment — Page __2__ of __3__

DEFENDANT: DEMARCUS JOHNSON
CASE NUMBER· 3 19-cr-00129-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of .
12 months and 1 day to run concurrent to any state sentence potentially to be imposed in the case originally filed as Cobb County, Georgia, Magistrate Case Number 24-00278  The sentence is to begin running the date of sentencing (7/23/26) and to be served initially in the custody of Cobb County, Georgia authorities or the Georgia Department of Corrections and, if not fully served at the conclusion of such custody, thereafter in the Bureau of Prisons

☑ The court makes the following recommendations to the Bureau of Prisons.

Designation to FCI Coleman, if the Defendant eventually does go into Bureau of Prisons' custody

☑ The defendant is remanded to the custody of the United States Marshal

☐ The defendant shall surrender to the United States Marshal for this district·

    ☐ at _____ ☐ a m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal

    ☐ as notified by the Probation or Pretrial Services Office

# RETURN

I have executed this judgment as follows·

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT·  DEMARCUS JOHNSON
CASE NUMBER:   3 19-cr-00129-1

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of ·

 2 years on same conditions of supervised release as previously imposed